STATE OF CONNECTICUT *v.* DARNELL TOLES

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 923 (AC 16345), is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided September 18, 1997

MAXIMINO RIVERA *v.* RICHARD BLUMENTHAL, ATTORNEY GENERAL, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 916 (AC 16514), is denied.

*Richard L. Zayas,* in support of the petition.

*Felicia R. Suggs,* assistant attorney general, in opposition.

Decided September 18, 1997

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 441 (AC 16527), is granted, limited to the following issues: